IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WENDY MENARD and | : | |
| TIMOTHY MENARD, | : | CIVIL ACTION |
|     Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| HEWLETT PACKARD | : | |
| COMPANY, et al. | : | No. 12-3570 |
|     Defendants. | : | |

## ORDER

AND NOW, this **19th** day of **July, 2012**, upon consideration of Plaintiffs' Motion to Remand, Defendants' response thereto, and Plaintiffs' reply thereon, and for the reasons stated in this Court's Memorandum dated July 19, 2012, it is hereby **ORDERED** that:

1. The motion (Document No. 4) is **GRANTED**.

2. This case is **REMANDED** to the Philadelphia County Court of Common Pleas.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**